IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEVIN BOWDEN,

    Petitioner,

v.

 FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2311

Opinion filed November 4, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Devin Bowden, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Erik Kverne, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    Respondent's motion to dismiss, filed on September 28, 2016, is granted, and the instant proceeding is dismissed as moot.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.